IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 05-3176 |
| ALEXANDER BROTHERS CONSTRUCTION CORP., | ) ) ) ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This is before the Court on Plaintiffs' Motion for Default Judgment (d/e 16), and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon the Defendant, Alexander Brothers Construction Corporation, and the Defendant having failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded a Default Judgment against Defendant, Alexander Brothers Construction Corporation, as follows:

A.  Judgment is entered in favor of the Plaintiffs and against the Defendant for audit liabilities due and liquidated damages for the period of

January 1, 2002, through March 31, 2006, in the total amount of $105,756.88;

    B.   Defendant is ordered to pay to the Plaintiffs their attorney fees in the amount of $4,114.91, as provided by the trust agreements and ERISA, 29 U.S.C. § 1132(g)(2); and

    C.   Defendant is ordered to pay all costs attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER:   November 20, 2006.

    FOR THE COURT:

                              s/ Jeanne E. Scott
                              JEANNE E. SCOTT
                    UNITED STATES DISTRICT JUDGE